IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TYRONE L. REED,                         No. C-09-3372 TEH (PR)

       Plaintiff,

    v.                                ORDER OF DISMISSAL

ROBERT K. WONG, Warden, et. al.,

       Defendant(s).

_____/

This civil rights action by a prisoner was filed on July 22, 2009. At that time, the Court notified Plaintiff in writing that the action was deficient because Plaintiff did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action.

//

Over two months have elapsed since Plaintiff was notified of his filing deficiency; however, Plaintiff has neither provided the Court with the requisite items nor filed a request for an extension of time to do so.  The action, therefore, is DISMISSED without prejudice.

The Clerk shall terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED   10/08/09                    _____
                                     **THELTON E. HENDERSON**
                                     **United States District Judge**

G:\PRO-SE\TEH\CR.09\Reed-09-3372-ifp-dismissal.wpd

**2**